# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

**Christopher J. Dalton**
(973) 424-5614
christopher.dalton@bipc.com

550 BROAD STREET, SUITE 810
NEWARK, NEW JERSEY 07102-4582

Telephone: (973) 273-9800
Facsimile:  (973) 273-9430

www.bipc.com

March 11, 2015

**Via ECF & Facsimile**
Hon. Joseph A. Dickson, U.S.M.J.
United States District Court for the
District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

    Re:    Morris v. BMW of North America, LLC
              Civil Action No. 2:13-cv-4980 (JLL)(MAH)

Dear Judge Dickson:

    This firm represents Defendant BMW of North America, LLC ("BMW NA"). I write to confirm my advice to chambers this morning that this matter has been resolved. The parties anticipate filing a stipulation of dismissal in the next several weeks.

    Thank you for your courtesies.

Respectfully,

Christopher J. Dalton

CJD/dtb

cc:    James C. Shah, Esq. (by ECF)